UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
AARON THOMAS, *on behalf of himself, FLSA
Collective Plaintiffs, and the Class,*

                             Plaintiff,

                  -against-

SECURE GUARD PROTECTION AGENCY LLC,

                            Defendant.
-------------------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

1:25-cv-03729-MKV

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, SECURE GUARD PROTECTION AGENCY LLC, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: Uniondale, New York
      July 25, 2025

                            Respectfully submitted,

                            RUSKIN MOSCOU FALTISCHEK, P.C.

         By:   */s/ David A. Robins*
              David A. Robins, Esq.
              *Attorney for Defendant*
              *Secure Guard Protection Agency LLC*
              1425 RXR Plaza, 15th Floor
              Uniondale, NY  11556
              (516) 663-6600
              drobins@rmfpc.com

1052823