**RMF**
**RUSKIN MOSCOU FALTISCHEK** P.C.
*Smart Counsel. Straight Talk.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2025

Writer's Direct Dial: (516) 663-6618
Writer's Direct Fax: (516) 663-6818
Writer's E-Mail: drobins@rmfpc.com

August 22, 2025

**By ECF**
Honorable Mary Vyskocil
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

        Re:    *Aaron Thomas v. Secure Guard Protection Agency LLC,*
               *Case No. 1:25-cv-03729-MKV*

Dear Judge Vyskocil:

        We represent Defendant Secure Guard Protection Agency LLC in the above-referenced matter.

        Pursuant to the Court's Scheduling Order dated July 28, 2025, the parties are required to file a Joint Letter and Proposed Case Management Plan by August 25, 2025. The Scheduling Order also directs that any requests for extensions be filed via ECF at least 72 hours prior to the applicable deadline.

        We write respectfully to request a brief extension of the deadline to file the Joint Letter and Proposed Case Management Plan, from August 25, 2025, to August 27, 2025. We have conferred with counsel for Plaintiff, and they have consented to this requested adjournment. There have been no prior requests for an extension.

        We appreciate the Court's consideration of this request.

                                        Respectfully,

                                        /s/ *David A. Robins*

                                        For the Firm

**RUSKIN MOSCOU FALTISCHEK**

East Tower, 1425 RXR Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com



August 22, 2025
Page 2


        <u>VIA E-FILING</u>
cc:     All Counsel of Record


**Granted. SO ORDERED.**


Date: _8/25/2025_                  *Mary Kay Vyskocil*
New York, New York                 Mary Kay Vyskocil
                                   United States District Judge

RUSKIN MOSCOU FALTISCHEK