UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                           Plaintiffs,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

                           Defendant.

---

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, November 5, 2025, the Honorable Mary Kay Vyskocil referred this action to the undersigned for general pre-trial supervision. (Dkt. No. 19). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The Court is in receipt of Plaintiff's motion for a Local Rule 37.2 Conference at Dkt. No. 18. Accordingly, a telephonic discovery conference is scheduled for **Monday, November 17, 2025 at 12:00 p.m. ET** on the Court's conference line.

The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:   New York, New York
         November 5, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge