UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                Plaintiffs,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic discovery conference held today, November 17, 2025 (the "Conference"), the Court ORDERS as follows:

1. Defendant shall provide to Plaintiff a count of the total number of security guards it employs,[1] and the parties shall then meet and confer regarding:

   a. a sampling process to determine the number of security guards for whom Defendant will collect and provide (i) contact information; and (ii) payroll and wage-related documents; and

   b. Plaintiffs' proposed ESI search terms and Defendant's custodians.

2. Plaintiff shall provide supplemental responses and objections to Defendant's requests for production and interrogatories, as discussed during the Conference.

3. The parties shall also meet and confer regarding scheduling of depositions.

---

[1] As discussed during the Conference, this number is not limited to the locations where Plaintiff worked, but rather all locations where Defendant deployed security guards.

4. A telephonic status conference regarding discovery is scheduled for **Wednesday, December 17, 2025 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5. By **Friday, December 12, 2025**, the parties shall file a joint status letter on the status of the discovery issues discussed at the Conference.

Dated:    New York, New York
          November 17, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2