UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA
Collective Plaintiffs, and the Class,

                    Plaintiffs,

    -v-

SECURE GUARD PROTECTION AGENCY LLC,

                    Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic discovery conference held today, December, 17, 2025, the Court ORDERS as follows:

1. Plaintiff shall serve his response to Defendant's supplemental requests for production and interrogatories by **Tuesday, December 23, 2025.**

2. Defendant shall produce the following by **Tuesday, January 20, 2026**:

    a. a list of the names of all 96 security guards employed by Defendant;

    b. contact information, wage records, and wage notices for the security guards in the 20% sample; and

    c. any emails that Defendant discovers in the process of running Plaintiff's search terms for additional custodians.

3. The deadline for completion of depositions and all fact discovery is EXTENDED to **Friday, February 6, 2026.**

4. The briefing of Plaintiff's conditional collective certification motion shall proceed as follows:

    a.  Plaintiff's motion is due **Friday, February 20, 2026**;

    b.  Defendant's response is due **Friday, March 20, 2026;** and

    c.  Plaintiff's reply, if any, is due on **Friday, April 3, 2026.**

5. A telephonic status conference regarding discovery is scheduled for **Friday, January 30, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. By **Tuesday, January 27, 2026**, the parties shall file a joint letter of no longer than 750 words setting forth the status of fact discovery and any issues ripe for the Court's consideration.

Dated:      New York, New York
             December 17, 2025

                       SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**