UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA
Collective Plaintiffs, and the Class,

                                    Plaintiffs,

          -v-


SECURE GUARD PROTECTION AGENCY LLC,

                                    Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint status letter at Dkt. No. 29.  Plaintiff's requests are GRANTED as follows:

1. Defendant shall provide the outstanding class sampling to Plaintiff by **Friday, February 6, 2026**;

2. The deadline for completion of depositions and all fact discovery is EXTENDED to **Monday, March 9, 2026;** and

3. A telephonic status conference scheduled for Friday, January 30, 2026 is ADJOURNED to **Wednesday, February 25, 2026 at 2:00 p.m.** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

4.  By **Friday, February 20, 2026**, the parties shall file a joint letter of no longer than 750 words setting forth the status of fact discovery and any issues ripe for the Court's consideration.

Dated:          New York, New York
                January 28, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2