UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON THOMAS on behalf of himself, FLSA
Collective Plaintiffs, and the Class,

Plaintiffs,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the telephonic status conference scheduled

for **Wednesday, February 25, 2026 at 2:00 p.m.** is RESCHEDULED to **12:30 p.m.** that same day.

The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled

time.

Dated:     New York, New York
           February 4, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge