# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**Via ECF**                                                                    February 13, 2026

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Thomas v. Secure Guard Protection Agency LLC*
        Case No.: 1:25-cv-03729 (MKV)(SLC)

Dear Judge Cave:

This office represents Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to request that the Court stay discovery and all upcoming deadlines.

The parties have agreed to mediate on a class-wide basis. Although no class has been certified and no collective has been conditionally certified, the parties believe that a stay will permit them to focus their efforts on resolution in an efficient and cost-effective manner.

Additionally, Plaintiff filed a letter motion to compel on February 11, 2026 (Dkt No. 32) (the "Motion"), and the Court directed Defendant to respond by February 13, 2026 (Dkt. No. 33). In light of the parties' agreement to mediate, the parties respectfully request that the requested stay encompass and include Plaintiff's Motion and Defendant's response thereto without prejudice to either party's position should mediation not resolve the matter.

The parties request leave to file a joint letter by February 20, 2026, to inform the Court of the mediator and the mediation date.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*

cc: all parties via ECF

---

The parties' request at Dkt. No. 34 is GRANTED. Discovery and all pending deadlines are STAYED pending the mediation in this matter. The conference scheduled for February 25, 2026 is ADJOURNED sine die. The parties shall file a joint letter by **Friday, February 20, 2026** informing the Court of the mediation date. The Court will close the motion to compel at Dkt. No. 32 subject to reopening if the mediation is unsuccessful.

The Clerk of the Court is respectfully directed to close Dkt. Nos. 32 and 34.

SO ORDERED   2/13/26

SARAH L. CAVE
United States Magistrate Judge