UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiffs,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' representation that there are no discovery issues to discuss (Dkt. No. 50), the telephone conference scheduled for August 11, 2026 at 11:00 a.m. ET is **CANCELLED**. (Dkt. No. 49). A telephone conference to discuss the status of discovery is scheduled for **September 14, 2026 at 2:00 p.m. ET** on the Court's conference line. By **September 9, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

Dated: New York, New York
August 7, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**