UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiffs,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 51, the parties were required to file a joint status letter advising the Court on the status of their mediation efforts. (Dkt. No. 51). The parties have not filed such joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the joint letter up to and including **August 28, 2026**.

Dated: New York, New York
August 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**