UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

Defendants.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 57, the parties were required to file a joint status letter (the "Letter") advising the Court on the status of discovery and mediation efforts by October 8, 2026, in advance of the telephonic conference (the "Conference") scheduled for October 13, 2026 at 11:00 a.m. ET. (Dkt. No. 57). The parties have not filed such joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter up to and including **October 9, 2026 at 5:00 p.m. ET**.

The parties are warned that failure to submit the Letter by October 9, 2026 at 5:00 p.m. ET may result in the Court cancelling the Conference.

Dated: New York, New York
October 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**