UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiffs,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

Defendant.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic discovery conference held today, October 13, 2026, the Court ORDERS as follows:

1. The deadline to complete fact discovery is **HELD IN ABEYANCE** pending the outcome of the parties' November 9, 2026 mediation (the "Mediation"). (See Dkt. Nos. 49; 59).
2. By **November 16, 2026**, the parties shall submit a joint status letter (the "Letter") informing the Court of the outcome of the Mediation. If the Mediation was unsuccessful, the parties shall propose in the Letter a schedule for completing depositions.

Dated: New York, New York
October 13, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge