UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON THOMAS on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

SECURE GUARD PROTECTION AGENCY LLC,

Defendants.

CIVIL ACTION NO.: 25 Civ. 3729 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 61, the parties were required to file a joint status letter (the "Letter") advising the Court on the status of mediation and, if their mediation efforts were unsuccessful, proposing a schedule for completing depositions by November 16, 2026. (Dkt. No. 61). To date, the parties have not filed the Letter.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter up to and including **November 20, 2026**.

Dated: New York, New York
November 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**